Mark D. Miller, Bar No. 116349
D. Tyler Tharpe, Bar No. 120427
**KIMBLE, MACMICHAEL & UPTON**
Fig Garden Financial Center
5260 North Palm Avenue, Suite 221
Fresno, California  93792-9489
Phone: (559) 435-5500
Facsimile: (559) 435-1500

Bruce A. Featherstone (*pro hac vice*)
John A. DeSisto (*pro hac vice*)
Kenneth B. Thomson (*pro hac vice*)
**FEATHERSTONE DESISTO LLP**
600 17th Street, Suite 2400
Denver, Colorado  80202
Phone:  (303) 626-7100
Facsimile:  (303) 626-7101

**Attorneys for Plaintiffs
RODEO COLD MARKETING COMPANY
and WYOMING WEST DESIGNS LLC**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODEO COLD MARKETING COMPANY, a California general partnership, WYOMING WEST DESIGNS LLC, a Wyoming limited liability company,<br><br>             Plaintiffs,<br><br>      vs.<br><br>COORS BREWING COMPANY, a Colorado corporation,<br><br>             Defendant | Case No.: CIV-F-3-5280 AWI DLB<br><br>**STIPULATED ORDER OF DISMISSAL**<br><br>Courtroom 3<br>The Honorable Anthony W. Ishii |

The parties hereto having advised the Court that they have resolved the matters between them and agreed to the entry of this Order as indicated by the signatures of their respective counsel below,

---
STIPULATED ORDER OF DISMISSAL

IT IS HEREBY ORDERED that:

1. This Court has jurisdiction over the parties and over the subject matter of this action under 15 U.S.C. Sec. 1121 and 28 U.S.C. Secs.1331, 1338(a) and (b) and 1367.

2. All claims in this action as between the parties are hereby dismissed with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

APPROVED:

| | |
|---|---|
| /s/ John A. DeSisto | /s/ Gregory S. Tamkin |
| John A. DeSisto, Esq. | Tucker K. Trautman Esq. |
| Featherstone DeSisto LLP | Gregory S. Tamkin, Esq. |
| 600 Seventeenth Street, Suite 2400 | Dorsey & Whitney LLP |
| Denver, CO 80202 | 370 17th Street, Suite 4700 |
| Telephone:  (303) 626-7100 | Denver, CO  80202 |
| Facsimile:  (303) 626-7101 | Telephone:  (303) 629-3400 |
| | Facsimile:  (303) 629-3450 |

Mark D. Miller, Bar No. 116349
D. Tyler Tharpe, Bar No. 120427
KIMBLE, MACMICHAEL & UPTON
Fig Garden Financial Center
5260 North Palm Avenue, Suite 221
Fresno, California 93792-9489
Phone: (559) 435-5500
Facsimile: (559) 435-1500

Attorneys for Plaintiffs                             Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   April 26, 2005**              /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE